Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 09 2021

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID ELMO CURRY,

    Defendant.

1:21-CR-2053-SAB

INDICTMENT

Vio: 18 U.S.C. § 2422(b):
    Attempted Enticement of a Minor
    (Counts 1-2)

18 U.S.C. § 2428
Forfeiture Allegations

The Grand Jury charges:

## COUNT 1

On about November 16, 2019 within the Eastern District of Washington, the Defendant, DAVID ELMO CURRY, did unlawfully and knowingly use any facility and means of interstate and foreign commerce, to wit the internet, a cellular phone and a car, to attempt to persuade, induce, entice and coerce any individual who had not attained the age of 18 years to engage in any sexual activity for which any person

INDICTMENT - 1

could be charged with an offense, including Revised Code of Washington 9A.44.076, rape of a child in the second degree, and attempt to do so, in violation of 18 U.S.C. § 2422(b).

## COUNT 2

On or between about December 12, 2019 and February 4, 2020, within the Eastern District of Washington, the Defendant, DAVID ELMO CURRY, did unlawfully and knowingly use any facility and means of interstaate and foreign commerce, to wit the internet and a cellular phone, to attempt to persuade, induce, entice and coerce any individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with an offense, including Revised Code of Washington 9A.44.076, rape of a child in the second degree, and attempt to do so, in violation of 18 U.S.C. § 2422(b).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2428, upon conviction of an offense in violation of 18 U.S.C. § 2422, as alleged in this Indictment, the Defendant, DAVID ELMO CURRY, shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense.

INDICTMENT - 2

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

This 9th day of November, 2021.

                                                      A TRUE BILL

                                                      F

_____
Vanessa R. Waldref
United States Attorney

_____
Michael D. Murphy
Assistant United States Attorney

INDICTMENT - 3