Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
Telephone: (509) 454-4425

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:21-CR-02053-SAB |
| Plaintiff, | UNITED STATES' PROPOSED ADDITIONAL FINAL JURY INSTRUCTION |
| vs. | |
| DAVID ELMO CURRY, | |
| Defendant. | |

Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Michael D. Murphy, Assistant United States Attorney for said district, and hereby submits the following Proposed Additional Final Jury, with and without citations.

Proposed Additional Final Jury Instruction        1

**Proposed Additional Instruction No. 1**

<u>Government's Use of Undercover Agents</u>

You have heard testimony from an undercover agent who was involved in the government's investigation in this case. Law enforcement officials may engage in stealth and deception, such as the use of informants and undercover agents, to investigate criminal activities. Undercover agents may use false names and appearances and assume the roles of members in criminal organizations.

Ninth Circuit Model Jury Instruction – 3.10 (2023) (modified); *United States v. Winslow*, 962 F.2d 845, 848 (9th Cir. 1992), as amended (May 14, 1992) ("In light of the appellants' insinuations that the government and Valentino acted improperly, the district court did not abuse its discretion by giving the undercover agent instruction to help the jury understand the nature of undercover police work.").

Proposed Additional Final Jury Instruction        2

**Instruction No. \_\_\_\_**

You have heard testimony from an undercover agent who was involved in the government's investigation in this case. Law enforcement officials may engage in stealth and deception, such as the use of informants and undercover agents, to investigate criminal activities. Undercover agents may use false names and appearances and assume the roles of members in criminal organizations.

DATED this 5th day of December, 2023.

          VANESSA R. WALDREF
          United States Attorney

          s/Michael D. Murphy
          MICHAEL D. MURPHY
          Assistant United States Attorney

I hereby certify that on December 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the counsel of record in this case.

s/ Michael D. Murphy
Michael D. Murphy
Assistant United States Attorney
United States Attorney's Office
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
(509) 454-4425
Fax: (509) 249-3297